

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS VY TRUONG,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 17-cv-02179-BEN-RBB<br><br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION;**<br><br>**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**<br><br>**(3) DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; and**<br><br>**(4) REMANDING ACTION FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

Plaintiff Doris Vy Truong filed this action seeking judicial review of the Social Security Commissioner's denial of her application for disability insurance benefits. Plaintiff filed a motion for summary judgment and an opposition to Defendant's cross-motion, and Defendant filed a cross-motion for summary judgment and an opposition to Plaintiff's motion.

1

On November 28, 2018, Magistrate Judge Robert N. Block issued a thoughtful and thorough Report and Recommendation, recommending that this Court grant Plaintiff's motion for summary judgment, deny Defendant's cross-motion for summary judgment, judgment be entered reversing the decision of the Commissioner and remanding this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Magistrate Judge Block found that the Administrative Law Judge erred in his evaluation of Dr. Lessner's opinion, failed to to make a proper adverse credibility determination with respect to the lay witness testimony, and failed to incorporate the moderate mental limitations he found into his RFC determination. Magistrate Judge Block recommends remanding this action for further administrative proceedings. Objections to the Report and Recommendation were due December 12, 2018. Neither party has filed any objections.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

The Court has considered and agrees with the Report and Recommendation. The Court **ADOPTS** the Report and Recommendation. (Docket No. 27). Plaintiff's motion for summary judgment **GRANTED.** (Docket No. 9). Defendant's cross-motion for summary judgment is **DENIED.** (Docket No. 20). Judgment is entered reversing the decision of the Commissioner. This case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: December 17, 2018

_____
Hon. Roger T. Benitez
United States District Judge